UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO MACHADO-LOPEZ,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-03219-DAD-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 3, 7, 14) |

Petitioner Marcelino Machado-Lopez is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 14.) Specifically, the magistrate judge found that petitioner has been detained for more than six months following the entry of a final removal order, petitioner had shown there was good reason to believe that he would not be removed to Cuba, which is the country of removal in that order, and that respondent had failed to provide evidence to rebut the showing that petitioner was not likely to be removed in the reasonably foreseeable future. (*Id.* at 6–9.) Accordingly, the magistrate judge ordered petitioner's immediate release. (*Id.* at 4–9.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

were to be filed within seven (7) days after service. (*Id.* at 10.) To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 1, 2026 (Doc. No. 14) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Marcelino Machado-Lopez, A-File No. 023-223-238, on the conditions, if any, he was subject to prior to his detention on December 26, 2025;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, unless they provide petitioner with notice and a pre-detention hearing before an immigration judge;
    c. Petitioner's request for attorneys' fees and costs is DENIED without prejudice to bringing a properly-noticed and supported motion;
3. Respondent's motion to dismiss (Doc. No. 7) is DENIED as having been withdrawn;
4. Petitioner's motion to appoint counsel (Doc. No. 3) is DENIED as having been rendered moot by this order granting habeas relief;
5. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

/////

/////

6. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE